GEORGE KONTZAMANYS, Respondent, *v.* TILLIE COHEN, as Administratrix of the Estate of DAVID S. COHEN, Deceased, et al., Defendants, and TILLIE COHEN, Doing Business under the Name of AMERICAN STORE FIXTURE Co., Appellant.

(Submitted October 26, 1932; decided November 22, 1932.)

*Morris W. Vogel, William V. Homans* and *George Silverman* for appellant.

*Max Herzfeld, Morton D. Stone* and *Harry H. Altman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.